**Bennie L. COLLINS, Plaintiff–Appellant,**

v.

**LUBBOCK POLICE DEPARTMENT, Defendant–Appellee.**

No. 08–10242

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 23, 2008.

Bennie L. Collins, Texas Department of Criminal Justice Institutional Division Ellis Unit, Huntsville, TX, pro se.

Jeffrey Clay Hartsell, City of Lubbock, Lubbock, TX, for Defendant–Appellee.

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Bennie Collins appeals the dismissal of his 42 U.S.C. § 1983 claims against the Lubbock Police Department ("LPD"). He alleges that LPD officers took $6,335 from him when they pulled him over for a traffic violation and arrested him for possession of a switchblade.

Collins has failed to raise, as an issue on appeal, the primary basis for the dismissal, which is that LPD is not subject to suit under *Darby v. Pasadena Police Dep't*, 939 F.2d 311, 313 (5th Cir.1991). Although *pro se* briefs are afforded a liberal construc-

tion, even *pro se* litigants must brief the issues to preserve them. *See Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir. 1993). Because Collins has failed to provide any legal or factual analysis of this issue, he has abandoned any challenge to the ruling. *See id.* Accordingly, we do not reach the other issues raised on appeal.

The judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.